**UNITED STATES COURT OF INTERNATIONAL TRADE**
**BEFORE: THE HONORABLE STEPHEN ALEXANDER VADEN, JUDGE**

| | |
|---|---|
| BGH Edelstahl Siegen GmbH, )<br><br>Plaintiff, )<br><br>v. )<br><br>United States, )<br><br>Defendant. ) | Court No.  21-00079 |

**CONSENT MOTION TO INTERVENE AS DEFENDANT-INTERVENOR**
**AS A MATTER OF RIGHT**

Pursuant to 28 U.S.C. § 2631(j)(1)(B) and Rules 24 and 56.2 of the Rules of the U.S. Court of International Trade (the "CIT Rules"), Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company (together, the "Ellwood Group"), and A. Finkl & Sons ("Finkl Steel") (together collectively "Proposed Defendant-Intervenors") move to intervene in this action as a matter of right.  In accordance with CIT Rule 7(f), on April 19, 2021, undersigned counsel contacted Marc Montalbine, counsel for Plaintiff BGH Edelstahl Siegen GmbH ("BGH"), and Sarah E. Kramer, counsel for Defendant the United States, concerning this motion.  Mr. Montalbine and Ms. Kramer indicated their clients' consent to this motion.

Plaintiff contests certain aspects of the final results of the antidumping duty investigation of forged steel fluid end blocks ("FEBs") from the Federal Republic of Germany published by the U.S. Department of Commerce ("Commerce") as *Forged Steel Fluid End Blocks from the Federal Republic of Germany: Final Determination of Sales at Less than Fair Value*, 85 Fed. Reg. 80018 (Dec. 11, 2020), *as amended*, 86 Fed. Reg. 7,528 (Jan. 29, 2021), as well as the antidumping duty order on FEBs from Germany published by Commerce as *Forged Steel Fluid*

1

Court No. 21-00079

*End Blocks from the Federal Republic of Germany and Italy: Amended Final Antidumping Duty Determination for the Federal Republic of Germany and Antidumping Duty Orders*, 86 Fed. Reg. 7,528 (Jan. 29, 2021).  Proposed Defendant-Intervenors are U.S. producers of the domestic like product and participated in the underlying investigation by, *inter alia*, entering an appearance, filing comments,[1] and filing briefs, and therefore are interested parties within the meaning of 19 U.S.C. §§ 1516a(f)(3), 1677(9)(C) and parties to the proceeding within the meaning of 19 U.S.C. §§ 1516a(d) and may intervene in this action as a matter of right pursuant to 28 U.S.C. § 2631(j)(1)(B).  Proposed Defendant-Intervenors have a direct interest in the subject matter of this litigation and seek intervention on the side of the Defendant, United States.  Finally, consistent with CIT Rule 24(a)(3), this motion is timely filed within 30 days after the date of service of Plaintiff's complaint in this action.

Based on the foregoing, we respectfully request that the Court grant Proposed Defendant-Intervenors' consent motion to intervene as a matter of right.

*         *         *

---

[1] Certain submissions were made under the umbrella of the FEB Fair Trade Coalition, an industry association whose members include each of the Proposed Defendant-Intervenors, as well as the Forging Industry Association.

Court No. 21-00079

Respectfully submitted,

/s/ Myles S. Getlan

Myles S. Getlan
Thomas M. Beline
Jack A. Levy
James E. Ransdell
Nicole Brunda
CASSIDY LEVY KENT (USA) LLP
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Phone:  (202) 567-2304
Fax:      (202) 567-2301
Email: mgetlan@cassidylevy.com

*Counsel to Ellwood City Forge*
*Company, Ellwood Quality Steels*
*Company, Ellwood National Steel*
*Company, and A. Finkl & Sons*

Dated:  April 26, 2021