**BEFORE THE**
**UNITED STATES COURT OF INTERNATIONAL TRADE**

|  |  |
|---|---|
| Ellwood City Forge Company, et al. | ) |
|                        *Plaintiffs*, | ) |
|         v. | ) Ct. No. 21-00077 |
| United States, | ) |
|                        *Defendant*, | ) |
|        and | ) |
| BGH Edelstahl Siegen GmbH, | ) |
|                        *Defendant-Intervenor.* | ) |

|  |  |
|---|---|
| BGH Edelstahl Siegen GmbH, | ) |
|                        *Plaintiff*, | ) |
|         v. | ) Ct. No. 21-00079 |
| United States, | ) |
|                        *Defendant*, | ) |
|        and | ) |
| Ellwood City Forge Company, et al., | ) |
|                        *Defendant-Intervenors.* | ) |

1

## CONSENT MOTION TO CONSOLIDATE CASES

Pursuant to Rules 7 and 42(a) of the Rules of the United States Court of International Trade, Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons (collectively "Domestic Producers"), respectfully request that the Court consolidate the following cases: *Ellwood City Forge Company, et al. v. United States*, No. 21-00077 and *BGH Edelstahl Siegen GmbH v. United States*, No. 21-00079.  Domestic Producers are the plaintiffs and defendant-intervenors in the two cases, respectively.  On May 5, 2021, counsel for the United States and BGH Edelstahl Siegen GmbH, the other parties in these cases, represented that they consent to consolidation.

Rule 42(a) provides that when actions involving "a common question of law or fact" are pending before the Court, the Court may order all the actions consolidated and may issue any other orders to avoid unnecessary costs or delay.  The provisions of Rule 42(a) are applicable here, as both cases stem from challenges to the final determination issued by Commerce in *Forged Steel Fluid End Blocks from the Federal Republic of Germany: Final Determination of Sales at Less Than Fair Value*, 85 Fed. Reg. 80,018 (Dep't of Commerce December 11, 2020) as amended by *Forged Steel Fluid End Blocks From the Federal Republic of Germany and Italy: Amended Final Antidumping Duty Determination for the Federal Republic of Germany and Antidumping Orders*, 86 Fed. Reg. 7,528 (Dep't of Commerce January 29, 2021), and the administrative record is identical in each case.  Moreover, these actions "involve…common question{s} of law or fact," including whether Commerce correctly calculated its particular market situation ("PMS") adjustments and overall dumping margins.

Thus, consolidation of the cases will promote judicial and administrative efficiency. Because plaintiffs' respective claims interrelate by virtue of their origins in the same

administrative determination, non-consolidation of the cases could pose serious challenges to the Court and the parties. To avoid such challenges, the Court should grant the motion for consolidation because not consolidating these cases could result in "unnecessary cost or delay." USCIT Rule 42(a). Moreover, consolidation should not result in any increased administrative burden on the Court and should, in fact, increase efficiency for the Court and the parties by having a single briefing schedule, administrative record, and oral argument. *See RHI Refractories Liaoning Co. v. United States*, 35 C.I.T. 407, 410 (2011) ("Of the factors that the court may consider in reaching its decision when two cases involve common legal or factual threads, judicial economy sits chief among them.").

Accordingly, we respectfully request that the Court consolidate these cases into *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

Respectfully submitted,

May 6, 2021

/s/ Myles S. Getlan

Myles S. Getlan
Jack A. Levy
Thomas M. Beline
James E. Ransdell
Nicole Brunda

**CASSIDY LEVY KENT (USA) LLP**
900 19th Street, NW, Suite 400
Washington, D.C. 20006
Phone: (202) 567-2313
Fax: (202) 567-2301

*Counsel for Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons*

**BEFORE THE**
**UNITED STATES COURT OF INTERNATIONAL TRADE**

| | |
|---|---|
| ELLWOOD CITY FORGE COMPANY, ET AL., | ) |
| *Plaintiffs*, | ) |
| v. | ) Ct. No. 21-00077 |
| UNITED STATES, | ) |
| *Defendant*, | ) |
| and | ) |
| BGH EDELSTAHL SIEGEN GMBH, | ) |
| *Defendant-Intervenor*. | ) |

<u>ORDER</u>

Upon consideration of Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' consent motion to consolidate cases, it is hereby

ORDERED that Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' motion is granted; and it is further

ORDERED that *Ellwood City Forge Company, et al. v. United States*, Ct. No. 21-00077 and *BGH Edelstahl Siegen GmbH v. United States*, Ct. No. 21-00079 are consolidated into *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

_____
Stephen Alexander Vaden, JUDGE

Dated: _____
New York, New York

## BEFORE THE
## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| BGH Edelstahl Siegen GmbH, | ) |
| *Plaintiff*, | ) |
| v. | ) Ct. No. 21-00079 |
| United States, | ) |
| *Defendant*, | ) |
| and | ) |
| Ellwood City Forge Company, et al., | ) |
| *Defendant-Intervenors*. | ) |

### ORDER

Upon consideration of Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' consent motion to consolidate cases, it is hereby

ORDERED that Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' motion is granted; and it is further

ORDERED that *BGH Edelstahl Siegen GmbH v. United States*, Ct. No. 21-00079 and *Ellwood City Forge Company, et al. v. United States*, Ct. No. 21-00077 and are consolidated into *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

_____
Stephen Alexander Vaden, JUDGE

Dated: _____
    New York, New York