# UNITED STATES COURT OF INTERNATIONAL TRADE
## Before: The Hon. Stephen Alexander Vaden, Judge

|  |  |
|---|---|
| Ellwood City Forge Company, et al., | ) |
| *Plaintiffs*, | ) |
| v. | ) Ct. No. 21-00077 |
| United States, | ) |
| *Defendant*, | ) |
| and | ) |
| BGH Edelstahl Siegen GmbH, | ) |
| *Defendant-Intervenor*. | ) |

## ORDER

On consideration of Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' consent motion to consolidate cases, it is hereby

ORDERED that Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' motion is granted; and it is further

ORDERED that *Ellwood City Forge Company, et al. v. United States*, Ct. No. 21-00077 and *BGH Edelstahl Siegen GmbH v. United States*, Ct. No. 21-00079 are consolidated into *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

ORDERED that the parties will file all pleadings, motions, or other papers in the lead case, *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

/s/ Stephen Alexander Vaden
Stephen Alexander Vaden, Judge

Dated: May 7, 2021
New York, New York

UNITED STATES COURT OF INTERNATIONAL TRADE
Before: The Hon. Stephen Alexander Vaden, Judge

| | |
|---|---|
| BGH Edelstahl Siegen GmbH,<br><br>    *Plaintiff,*<br><br>v.<br><br>United States,<br><br>    *Defendant,*<br><br>and<br><br>Ellwood City Forge Company, et al.,<br><br>    *Defendant-Intervenors.* | Ct. No. 21-00079 |

### ORDER

On consideration of Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' consent motion to consolidate cases, it is hereby

ORDERED that Ellwood City Forge Company, Ellwood Quality Steels Company, Ellwood National Steel Company, and A. Finkl & Sons' motion is granted; and it is further

ORDERED that *BGH Edelstahl Siegen GmbH v. United States*, Ct. No. 21-00079 and *Ellwood City Forge Company, et al. v. United States*, Ct. No. 21-00077 are consolidated into *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

ORDERED that the parties will file all pleadings, motions, or other papers in the lead case, *Ellwood City Forge Company, et al. v. United States*, Consol. Ct. No. 21-00077.

                                                /s/ Stephen Alexander Vaden
                                                Stephen Alexander Vaden, Judge

Dated: May 7, 2021
       New York, New York